E-FILED
Tuesday, 08 March, 2005  01:25:43 PM
Clerk, U.S. District Court, ILCD



# United States District Court

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

3/8/05

Re: USA v Chevadas McKinney
    SDIN Case # EV-04-10-CR-03
    CDIL Case # 05-6408

Dear Clerk,

On 3/7/05, an Order by the Honorable Thomas J. Shields, U.S. Magistrate Judge, was entered committing the above mentioned defendant to your district.

Enclosed is a certified copy of the docket sheet from the Central District of Illinois. This Court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district court to use in accessing this information. The login is: _____ and the password is: _____
This login and password should not be shared with anyone other than federal court personnel who would need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,


John M. Waters, Clerk

By Denise Koester
    Deputy in Charge


Receipt acknowledged on _____ By _____