

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

TEL: 309.793.5778
FAX: 309.793.5878

**FILED**
MAR 1 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

3/8/05

Re: USA v Chevadas McKinney
    SDIN Case # EV-04-10-CR-03
    CDIL Case # 05-6408

Dear Clerk,

On 3/7/05, an Order by the Honorable Thomas J. Shields, U.S. Magistrate Judge, was entered committing the above mentioned defendant to your district.

Enclosed is a certified copy of the docket sheet from the Central District of Illinois. This Court is using the electronic filing system. You may access our electronic case file at the following address: http://ecf.ilcd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district court to use in accessing this information. The login is:           and the password is:
This login and password should not be shared with anyone other than federal court personnel who would need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket by returning a copy of this letter.

Very truly yours,


John M. Waters, Clerk

By Denise Koester
   Deputy in Charge

Receipt acknowledged on  3/10/05            By  _[signature]_